UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO:    15-413-WES-PAS

SARAH MARGARET OWEN and JOHN NORTON
OWEN, as the Executors of the ESTATE OF
SARA LOUISE OWEN, and in their individual
capacity as the beneficiaries of SARA
LOUISE OWEN, a deceased person,
         Plaintiffs,

VS.

AMERICAN SHIPYARD CO., LLC, d/b/a
NEWPORT SHIPYARD, LLC, ASC REALTY
CO., LLC, CHARLES A. DANA, III a/k/a
CHARLES DANA, U.S. SECURITY ASSOCIATES, INC,
d/b/a D.B. KELLY ASSOCIATES; U.S. SECURITY ASSOCIATES
STAFFING, INC., JOSHUA CARLSON,
         Defendants/Third-Party Plaintiffs,

VS.

ESTATE OF JENNIFER WAY,
         Third Party Defendant.

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby

stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the

above-cited action be dismissed with prejudice and without interest, costs or attorneys' fees

and with all rights of appeal waived.

The matter has been amicably resolved and the Settlement Agreement is

confidential.  It will be filed under seal if required by this Honorable Court.

The parties pray this Honorable Court retain jurisdiction over the matter to enforce

2

the terms of the Settlement, if required.

Dated this 12th day of April, 2018.

| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS AMERICAN SHIPYARD CO., LLC d/b/a NEWPORT SHIPYARD, LLC, and ASC REALTY CO., LLC, and CHARLES DANA III a/k/a CHARLES DANA. |
|---|---|

STROUP & MARTIN, P.A.                          CLINTON & MUZYKA, P.C.

/s/ James W. Stroup                                   /s/ Robert E. Collins

_____                      _____

James W. Stroup                                         Robert E. Collins
FLORIDA BAR NO:                                    BAR NO:  2951
119 Southeast 12th Street                             88 Black Falcon Avenue, Suite 200
Fort Lauderdale, FL 3316                            Boston, MA  02210
Tel: (954) 462-8808                                     Tel: (617) 723-9165
Fax: (954) 462-0278                                    Fax: (617) 720-3489
Email: jstroup@strouplaw.com                  Email: rcollins@clinmuzyka.com

| ATTORNEY OF PLAINTIFFS | ATTORNEY FOR DEFENDANTS JOSHUA CARLSON, US SECURITY ASSOCIATES, INC. d/b/a D.B. KELLY ASSOCIATES and U.S. SECURITY ASSOCIATES STAFFING, INC. |
|---|---|

FULWEILER LLC                                     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

/s/ John K. Fulweiler                                 /s/ Tracy M. Waugh

_____                      _____

John K. Fulweiler                                        Tracy M. Waugh
BAR NO: 7876                                            BAR NO:  5726
W.B. Franklin Bakery Building                    260 Franklin Street, 14th Floor
40 Mary Street, First Floor – Aft                 Boston, MA  02110
Newport, RI  02840                                     Tel: (617) 422-5300
Tel: (401) 667-0977                                     Fax: (617) 423-6917
Email: john@saltwaterlaw.com                   Email: tracy.waugh@wilsonelser.com

3

ATTORNEY FOR THIRD-PARTY
DEFENDANT, ESTATE OF JENNIFER WAY

FINAN LAW OFFICES

/ s / Jeffrey Finan

_____

Jeffrey Finan
BAR NO: 3278
1130 Ten Rod Road Suite B-208
North Kingstown, RI  02852
Tel: (401) 667-7797
Email:   jpf@finanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the attached document on April 12, 2018. This document is available for viewing and downloading from the Court's Electronic Case Filing System.  Service on the above counsel has been effectuated by electronic means and paper copies will be sent to those indicated as non registered participants.

"/s/ John K. Fulweiler
John K. Fulweiler